LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CLAY R. SMITH, ISB #6386
TIM A. DAVIS, ISB #5973
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073
clay.smith@ag.idaho.gov
tim.davis@ag.idaho.gov
      Attorneys for Plaintiff

CALLY A. YOUNGER, ISB #8987
Office of the Governor
P.O. Box 83720
Boise, ID  83720-0034
Telephone:  (208) 334-2100
Facsimile:  (208) 334-3454
cally.younger@gov.idaho.gov
      Of Counsel

JOSEPH H. WEBSTER
F. MICHAEL WILLIS
HOBBS, STRAUS, DEAN & WALKER
2120 L Street, N.W. Ste. 700
Washington, DC  20037
Telephone:  (202) 822-8282
Facsimile:  (202) 269-8834
jwebster@hobbsstraus.com
mwillis@hobbsstraus.com

HOWARD FUNKE, ISB #2720
KINZO MIHARA, ISB #7940
HOWARD FUNKE & ASSOCIATES, PC
424 E. Sherman Ave., #308
Coeur d'Alene, ID  83814-0969
Telephone:  (208) 667-5846
Facsimile:  (208) 667-4695
hfunke@indian-law.org
kmihara@indian-law.org
      Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| STATE OF IDAHO, a sovereign State of the United States, <br><br> Plaintiff, <br><br> vs. <br><br> COEUR D'ALENE TRIBE, a federally recognized Indian tribe, <br><br> Defendant. | Case No. 2:14-cv-00170-BLW <br><br> **JOINT MOTION FOR ENTRY OF FINAL JUDGMENT** |

JOINT MOTION FOR ENTRY OF FINAL JUDGMENT - 1

Plaintiff and Defendant (collectively, "Parties") request entry of final judgment pursuant to Fed. R. Civ. P. 54(a),

AS GROUNDS THEREFOR STATE:

1. Plaintiffs commenced suit on May 2, 2014 under 25 U.S.C. § 27l0(d)(7)(A)(ii) seeking to enjoin the conduct of a poker variant, Texas Hold'em, at Defendant's Coeur d'Alene Casino Resort Hotel.  Plaintiff alleged that the poker gaming violated the tribal-state compact between the Parties that was approved by the Secretary of the Interior.

2. This Court granted a preliminary injunction on September 5, 2014 that prohibited Defendant from conducting Texas Hold'em poker.  Dkt. 40.  Defendant appealed the injunction to the Ninth Circuit Court of Appeals under 28 U.S.C. § 1292 on the same date.  Dkt. 41.  The Court of Appeals affirmed this Court's injunction on July 22, 2015.  *Idaho v. Coeur d'Alene Tribe*, 794 F.3d 1039 (9th Cir. 2015) (Dkt. 73).

3. The Court of Appeals issued the mandate pursuant to Fed. R. App. P. 41 on August 14, 2015.  Dkt. 74.

4. The Court of Appeals held that Idaho law prohibits poker.  794 F.3d at 1043-44.  It held further Article 21.3 of the tribal-state compact did not make arbitration the exclusive process for resolving disputes arising under the compact.  These conclusions are binding law of the case. *Ranchers Cattlemen Action Legal Fund United Stockgrowers v. USDA*, 499 F.3d 1108, 1114 (9th Cir. 2007).  The Parties agree that no material issues of fact exist and that application of the conclusions of law in the Court of Appeals' decision requires entry of final judgment in Plaintiff's favor.

5. The Parties therefore request that final judgment be entered in Plaintiff's favor under Fed. R. Civ. P. 54(a) permanently enjoining Defendant, its officers, employees, agents or

representatives from conducting or offering poker gaming, including Texas Hold'em, at the Coeur d'Alene Casino Resort Hotel or any other facility subject to the 1992 Class III Gaming Compact By and Between The Coeur d'Alene Tribe and the State of Idaho, as amended, unless hereafter authorized to be conducted in Idaho, with costs to Plaintiff.

6. The Parties will transmit by electronic mail a proposed form of final judgment for this Court's consideration.

WHEREFORE, the Parties respectfully request entry of final judgment in accordance with paragraph 5 above.

DATED: September 11, 2015

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By  /s/ *Clay R. Smith*  
    CLAY R. SMITH  
    TIM A. DAVIS  
    Deputy Attorneys General  
    Attorneys for Plaintiff

  /s/ *Joseph H. Webster*  
JOSEPH H. WEBSTER  
F. MICHAEL WILLIS  
HOBBS, STRAUS, DEAN & WALKER

Local Counsel

  /s/ *Howard Funke*  
HOWARD FUNKE  
HOWARD FUNKE & ASSOCIATES, PC  
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 11th day of September 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that sent a Notice of Electronic Filing to the following Persons:

F. Michael Willis
mwillis@hobbsstraus.com

Howard A. Funke
hfunke@indian-law.org

Joseph H. Webster
jwebster@hobbsstraus.com

Kinzo Heath Mihara
kmihara@indian-law.org

               /s/ *Clay R. Smith*
               CLAY R. SMITH